PEOPLE v SLUSARSKI, Nos. 90840, 90841; Court of Appeals Nos. 130932, 131502.

PEOPLE v PORTER, No. 90844; Court of Appeals No. 131110.

EARNEST v GENERAL MOTORS CORPORATION, No. 90851; Court of Appeals No. 132673.

PEOPLE v PIDER, No. 90857; Court of Appeals No. 133468.

PEOPLE v TURNER, No. 90860; Court of Appeals No. 111515. Reconsideration denied October 28, 1991.

PEOPLE v WILLOUGHBY, No. 90862; Court of Appeals No. 118949.

PEOPLE v BOYER, No. 90863; Court of Appeals No. 97779.

PEOPLE v BASS, No. 90866; Court of Appeals No. 108501.

PEOPLE v RICHEY, No. 90868; Court of Appeals No. 116889.

PEOPLE v PAYTON, No. 90873; Court of Appeals No. 113278.

PEOPLE v MASTERS, No. 90876; Court of Appeals No. 114409.

PEOPLE v DUNLAP, Nos. 90877, 90878; Court of Appeals Nos. 111207, 112546.

PEOPLE v HINKLE, No. 90880; Court of Appeals No. 113187.

PEOPLE v BELTON, No. 90887; Court of Appeals No. 121150.

VELEZ v FORD MOTOR COMPANY, No. 90890; Court of Appeals No. 132643.

BOWKER v ANGELL, No. 90892; Court of Appeals No. 135772.

ELKINS v DEPARTMENT OF CORRECTIONS, No. 90897; Court of Appeals No. 130398.

PEOPLE v CAMPBELL, No. 90899; Court of Appeals No. 115065.

PEOPLE v RIOS, No. 90900; Court of Appeals No. 114446.

PEOPLE v TIMOTHY GIBBS, No. 90903; Court of Appeals No. 132663.

PEOPLE v McDONALD, No. 90908; Court of Appeals No. 134293.

PEOPLE v ROBINSON, No. 90912; Court of Appeals No. 124746.

PEOPLE v SCHINZEL, No. 90913; Court of Appeals No. 120448.

PEOPLE v THORNTON, No. 90916; Court of Appeals No. 123115.

PEOPLE v BINION, No. 90917; Court of Appeals No. 129637.

PARMETER v GRAND RAPIDS PUBLIC SCHOOLS, Nos. 90922, 90923. Leave to appeal as cross-appellant is also denied. Court of Appeals Nos. 118673, 118974.